1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd  Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700
6  Attorney for Defendant
   CAROL TYREE JOHNSON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-04-189 FCD
                                   )
13                 Plaintiff,      )
                                   ) STIPULATION AND ORDER
14      v.                         )
                                   )
15  CARL TYREE JOHNSON,            ) Date:  July 11, 2005
                                   ) Time:  9:30 a.m.
16                 Defendant.      ) Judge: Hon. Frank C. Damrell
                                   )
17  _____ )

18      It is hereby stipulated between the parties, Kenneth J. Melikian,

19  Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20  French, attorney for defendant, that the status conference hearing date

21  of June 20, 2005 be vacated and a new Status Conference hearing date of

22  July 11, 2005 at 9:30 a.m. be set.

23      This continuance is being requested because defense counsel is

24  conducting ongoing investigation and research and attorney Fred Dawson

25  is also consulting with the defendant.

26      It is further stipulated that the period from June 20, 2005

27  through and including July 11, 2005 should be excluded pursuant to 18

28  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation,

2  Dated: June 16, 2005

3                                         Respectfully submitted,

4                                         QUIN DENVIR
                                          Federal Defender
5
                                          /s/ Mary M. French
6                                         _____
7                                         MARY M. FRENCH
                                          Assistant Federal Defender
                                          Attorney for Defendant
8                                         CARL TYREE JOHNSON

9

10 Dated: March 29, 2005                  MCGREGOR W. SCOTT
                                          United States Attorney
11

12                                        /s/  Mary M. French for
                                               Kenneth Melikian
13                                        _____
14                                        KENNETH MELIKIAN
                                          Assistant U.S. Attorney
15                                        per telephonic authorization

16                                      **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: June 16, 2005

19
                                          /s/ Frank C. Damrell Jr.
20                                        FRANK C. DAMRELL JR.
                                          United States District Judge
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28