QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL TYREE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-04-189 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CARL TYREE JOHNSON, | ) | Date: November 21, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Kenneth J. Melikian, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of October 24, 2005 be vacated and a new Status Conference hearing date of November 21, 2005 at 9:30 a.m. be set.

This continuance is being requested because defense counsel is conducting ongoing investigation and research and attorney Fred Dawson is also consulting with the defendant.

It is further stipulated that the period from October 24, 2005 through and including November 21, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation,

2  Dated:   October 21, 2005

3                                              Respectfully submitted,

4                                              QUIN DENVIR
   Federal Defender

5  /s/ Mary M. French

6  _____
   MARY M. FRENCH
7  Assistant Federal Defender
   Attorney for Defendant
8  CARL TYREE JOHNSON

9

10 Dated: October 21, 2005              MCGREGOR W. SCOTT
                                        United States Attorney
11

12                                      /s/  Mary M. French for
                                             Kenneth Melikian
13                                      _____
                                        KENNETH MELIKIAN
14                                      Assistant U.S. Attorney
                                        per telephonic authorization
15

16                                  **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: October 21, 2005

19                                      /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
20                                      United States District Judge

21

22

23

24

25

26

27

28

Stip & Order                            2