```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    CAROL TYREE JOHNSON
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-189 FCD |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| CARL TYREE JOHNSON, | ) Date: January 9, 2006 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell |
| _____ | ) |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of December 12, 2005 be vacated and a new Status Conference hearing date of January 9, 2006 at 9:30 a.m. be set.

This continuance is being requested because the government will be providing additional discovery and is awaiting a court order unsealing a portion of the search warrant affidavit.

It is further stipulated that the period from December 12, 2005 through and including January 9, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated: December 9, 2005

3                                              Respectfully submitted,

4                                              QUIN DENVIR
                                               Federal Defender

5                                              /s/ Mary M. French
6                                              _____
                                               MARY M. FRENCH
7                                              Assistant Federal Defender
                                               Attorney for Defendant
8                                              CARL TYREE JOHNSON

10 Dated: December 9, 2005                     MCGREGOR W. SCOTT
                                               United States Attorney

12                                             /s/  Mary M. French for
                                                    Matthew D. Segal
13                                             _____
                                               MATTHEW D. SEGAL
14                                             Assistant U.S. Attorney
                                               per telephonic authorization

16                                   **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: December 9, 2005
                                               /s/ Frank C. Damrell Jr.
19                                             FRANK C. DAMRELL JR.
                                               United States District Judge

Stip & Order                                   2