DENNIS S. WAKS, Bar #142581
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL TYREE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>           Plaintiff,        )<br>                            )<br>     v.                      )<br>                            )<br> CARL TYREE JOHNSON,          )<br>                            )<br>           Defendant.        )<br> _____ ) | No. CR-S-04-189 FCD<br><br>STIPULATION AND ORDER<br><br><br>Date:  February 13, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of January 9, 2006 be vacated and a new Status Conference hearing date of February 13, 2006 at 9:30 a.m. be set.

This continuance is being requested because defense counsel will be out of the district.

It is further stipulated that the period from January 9, 2006 through and including February 13, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

1  Dated: January 6, 2006

2                                           Respectfully submitted,

3                                           DENNIS S. WAKS
                                            Acting Federal Defender
4
                                            /s/ Mary M. French
5                                           _____
                                            MARY M. FRENCH
6                                           Assistant Federal Defender
                                            Attorney for Defendant
7                                           CARL TYREE JOHNSON

8

9  Dated: January 6, 2006                   MCGREGOR W. SCOTT
                                            United States Attorney
10

11                                          /s/  Mary M. French for
                                                 Matthew D. Segal
12                                          _____
                                            MATTHEW D. SEGAL
13                                          Assistant U.S. Attorney
                                            per telephonic authorization
14

15                                      **ORDER**

16  **IT IS SO ORDERED.**

17  Dated: January 6, 2006

18                                          /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
19                                          United States District Judge

20

21

22

23

24

25

26

27

28

Stip & Order                                2