```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROL TYREE JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-189 FCD |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
| CARL TYREE JOHNSON, | ) Date: March 13, 2006 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of February 13, 2006 be vacated and a new Status Conference hearing date of March 13, 2006 at 9:30 a.m. be set.

This continuance is requested because defense counsel is awaiting a copy of the search warrant which the government will be providing shortly.

It is further stipulated that the period from February 13, 2006 through and including March 13, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 | Dated: February 10, 2006

3 |                                         Respectfully submitted,

4 |                                         DANIEL J. BRODERICK
                                            Acting Federal Defender
5 |
                                            /s/ Mary M. French
6 |                                         _____
                                            MARY M. FRENCH
7 |                                         Assistant Federal Defender
                                            Attorney for Defendant
8 |                                         CARL TYREE JOHNSON

9 |

10 | Dated: February 10, 2006               MCGREGOR W. SCOTT
                                            United States Attorney
11 |

12 |                                        /s/  Mary M. French for
                                                 Matthew D. Segal
13 |                                        _____
                                            MATTHEW D. SEGAL
14 |                                        Assistant U.S. Attorney
                                            per telephonic authorization
15 |

16 |                                **ORDER**

17 | **IT IS SO ORDERED.**

18 | Dated: February 10, 2006

19 |                                        /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
20 |                                        United States District Judge

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stip & Order                               2