```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    CARL TYREE JOHNSON
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. CR-S-04-189 FCD
                                  )
13               Plaintiff,       )
                                  ) STIPULATION AND ORDER
14       v.                       )
                                  )
15  CARL TYREE JOHNSON,           ) Date:  April 10, 2006
                                  ) Time:  9:30 a.m.
16               Defendant.       ) Judge: Hon. Frank C. Damrell
                                  )
17  _____ )
```

18        It is hereby stipulated between the parties, Matthew D. Segal,
19   Assistant United States Attorney, attorney for Plaintiff, and Mary M.
20   French, attorney for defendant, that the status conference hearing date
21   of March 13, 2006 be vacated and a new Status Conference hearing date
22   of April 10, 2006 at 9:30 a.m. be set.
23        Defense counsel has now received all records previously ordered
24   but needs additional time for further investigation and research.
25        It is further stipulated that the period from March 13, 2006
26   through and including April 10, 2006 should be excluded pursuant to 18
27   U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
28   counsel and defense preparation.

```
Dated: March 10, 2006
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Acting Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARL TYREE JOHNSON


Dated: March 10, 2006               MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                         Matthew D. Segal
                                    _____
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney
                                    per telephonic authorization
```

**ORDER**

**IT IS SO ORDERED.**

Dated: March 13, 2006

<u>/s/ Frank C. Damrell Jr.   </u>
FRANK C. DAMRELL JR.
United States District Judge

Stip & Order                                  2