```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    CARL TYREE JOHNSON
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-04-189 FCD
                                   )
13                 Plaintiff,      )
                                   ) STIPULATION AND ORDER
14       v.                        )
                                   )
15  CARL TYREE JOHNSON,            ) Date:  May 1, 2006
                                   ) Time:  9:30 a.m.
16                 Defendant.      ) Judge: Hon. Frank C. Damrell Jr.
                                   )
17  _____)
```

18      It is hereby stipulated between the parties, Matthew D. Segal,
19 Assistant United States Attorney, attorney for Plaintiff, and Mary M.
20 French, attorney for defendant, that the status conference hearing date
21 of April 10, 2006 be vacated and a new Status Conference hearing date
22 of May 1, 2006 at 9:30 a.m. be set.

23      This continuance is requested because defense counsel will be out
24 of the district. Additionally, the parties are working toward a
25 resolution of the case.

26      It is further stipulated that the period from April 10, 2006
27 through and including May 1, 2006 should be excluded pursuant to 18
28 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated: April 6, 2006

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Acting Federal Defender

5                                          /s/ Mary M. French

6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          CARL TYREE JOHNSON

10 Dated: April 6, 2006                    MCGREGOR W. SCOTT
                                           United States Attorney

12                                         /s/  Mary M. French for
                                                Matthew D. Segal
13                                         _____
                                           MATTHEW D. SEGAL
14                                         Assistant U.S. Attorney
                                           per telephonic authorization

16                                      **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: April 7, 2006
                                           /s/ Frank C. Damrell Jr.
19                                         FRANK C. DAMRELL JR.
                                           United States District Judge

Stip & Order                               2