DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd  Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL TYREE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-S-04-0189 FCD |
|                                 ) | |
|            Plaintiff,           ) | |
|                                 ) | STIPULATION AND ORDER |
|      v.                         ) | CONTINUING STATUS CONFERENCE |
|                                 ) | |
| CARL TYREE JOHNSON,             ) | |
|                                 ) | Date:  July 24, 2006 |
|            Defendant.           ) | Time:  9:30 a.m. |
|                                 ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

    It is hereby stipulated between the parties, Ken Melikian, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of July 17, 2006, be vacated and a new Status Conference hearing date of July 24, 2006 at 9:30 a.m. be set.

    This continuance is requested because the parties are working toward a resolution of the case.

    It is further stipulated that the period from July 17, 2006 through and including July 24, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 counsel and defense preparation.

2 Dated: July 14, 2006

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                         Federal Defender

5

                                         /s/ Mary M. French

6                                          _____
                                         MARY M. FRENCH

7                                          Assistant Federal Defender
                                         Attorney for Defendant

8                                          CARL TYREE JOHNSON

9

10 Dated: July 14, 2006             MCGREGOR W. SCOTT
                                         United States Attorney

11

12                                          /s/  Mary M. French for
                                                 Ken Melikian

13                                          _____
                                         KEN MELIKIAN

14                                          Assistant U.S. Attorney
                                         per telephonic authorization

15

16

17

18                                               **ORDER**

19

20 **IT IS SO ORDERED.**

21 Dated: July 14, 2006

22                                          /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL JR.

23                                          United States District Judge

24

25

26

27

28

Stip & Order                                                  2