DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL TYREE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0189 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| CARL TYREE JOHNSON, ) | Date: July 31, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

    It is hereby stipulated between the parties, Ken Melikian, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of July 24, 2006, be vacated and a new Status Conference hearing date of July 31, 2006 at 9:30 a.m. be set.

    This continuance is requested because the parties continue to work toward a resolution of the case.

    It is further stipulated that the period from July 24, 2006 through and including July 31, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

Dated: July 21, 2006

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Mary M. French

                                  _____
                                  MARY M. FRENCH
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  CARL TYREE JOHNSON

Dated: July 21, 2006                   MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/  Mary M. French for
                                       Ken Melikian

                                  _____
                                  KEN MELIKIAN
                                  Assistant U.S. Attorney
                                  per telephonic authorization

                                  **ORDER**

**IT IS SO ORDERED.**

Dated: July 21, 2006

                                  /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL JR.
                                  United States District Judge