```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL TYREE JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-189 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| CARL TYREE JOHNSON, ) | |
| ) | Date: September 5, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Ken Melikian, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of August 28, 2006, be vacated and a new Status Conference hearing date of September 5, 2006 at 9:30 a.m. be set.

This continuance is requested because defense counsel is waiting for additional documentation relating to the forfeiture charge and because the parties continue to work toward a resolution of the case.

It is further stipulated that the period from August 28, 2006 through and including September 5, 2006 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: August 25, 2006
                                      Respectfully submitted,
4
                                      DANIEL J. BRODERICK
5                                     Federal Defender

6                                     /s/ Mary M. French
                                      _____
7                                     MARY M. FRENCH
                                      Supervising Assistant
8                                     Federal Defender
                                      Attorney for Defendant
9                                     CARL TYREE JOHNSON

10

11 Dated: August 25, 2006              MCGREGOR W. SCOTT
                                      United States Attorney
12

13                                    /s/  Mary M. French for
                                          Ken Melikian
14                                    _____
                                      KEN MELIKIAN
15                                    Assistant U.S. Attorney
                                      per telephonic authorization
16

17

18

19                                  **ORDER**

20

21 **IT IS SO ORDERED.**

22 Dated: August 25, 2006

23                                    /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL, JR.
24                                    United States District Judge

25

26

27

28

Stip & Order                          2