DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL TYREE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S-04-189 FCD |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER |
| v.  ) | CONTINUING STATUS CONFERENCE |
| ) | |
| CARL TYREE JOHNSON,  ) | |
| ) | Date: September 25, 2006 |
| Defendant.  ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Ken Melikian, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of September 18, 2006, be vacated and a new Status Conference hearing date of September 25, 2006 at 9:30 a.m. be set.

This continuance is requested because defense counsel is still waiting for additional documentation relating to the forfeiture charge and because the parties continue to work toward a resolution of the case.

It is further stipulated that the period from September 18, 2006

1  through and including September 25, 2006 should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated: September 15, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French

_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CARL TYREE JOHNSON

Dated: September 15, 2006                 MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/  Mary M. French for
                                              Ken Melikian

                                          _____
                                          KEN MELIKIAN
                                          Assistant U.S. Attorney
                                          per telephonic authorization

ORDER

IT IS SO ORDERED.

Dated: September 15, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge

Stip & Order                              2