```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CR NO. S-04-0189 FCD
                                )
12          Plaintiff,           )
                                )   PRELIMINARY ORDER OF FORFEITURE
13      v.                      )   AND PUBLICATION THEREOF
                                )
14  CARL TYREE JOHNSON,         )
                                )
15          Defendant.          )
    _____)
16
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Carl Tyree Johnson, it is
19  hereby
20       ORDERED, ADJUDGED AND DECREED as follows:
21       1.   Pursuant to 21 U.S.C. § 853(a), defendant Carl Tyree
22  Johnson's interest in the following property shall be condemned and
23  forfeited to the United States of America, to be disposed of according
24  to law:
25            a.   Approximately $9,329 in U.S. Currency,
                   seized on or about May 7, 2004, from the
26                 residence located at 4401 Manchester Avenue,
                   #77, Stockton, California.
27
28  ///
```

Within forty-five (45) days from entry of a Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the approximately $1,255 in U.S. Currency seized on or about May 7, 2004, plus any interest that has accrued on that amount, to Carl Tyree Johnson through his attorney Mary French at 801 I Street, 3rd Floor, Sacramento, California 95814.

2. The above-listed property constitutes or is derived from proceeds defendant obtained directly or indirectly as a result of a violation of 21 U.S.C. § 841(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property. That the aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4. a. Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under

2

penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

     c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

    SO ORDERED this 31st day of October 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3