DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL TYREE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-189 FCD |
| ) Plaintiff, ) | **ORDER FOR TEMPORARY RELEASE TO** |
| v. ) | **ATTEND FUNERAL SERVICES** |
| ) CARL TYREE JOHNSON, ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____ ) | |

    Defendant CARL TYREE JOHNSON, X-Ref. #4034203, shall be released from the Sacramento County Jail on January 19, 2007, at 9:00 a.m. and shall be returned to the Sacramento County Jail no later than 3:00 p.m. on the same day.  Mr. Johnson is to be released into the custody of two investigators from the Office of the Federal Defender who will accompany him to attend the funeral of his grandmother, Rodessa Townsel, in Stockton, California.  During the entire period of release, Mr. Johnson must remain in the presence and custody of Henry Hawkins, an investigator employed by the Office of the Federal Defender and another investigator employed by the Office of the Federal Defender. If Mr. Johnson should absent himself from the presence and custody of

1  Mr. Hawkins and/or the other investigator for any period of time, then
2  Mr. Hawkins must immediately notify (1) the U.S. Marshal's Office for
3  the Eastern District of California and (2) Assistant U.S. Attorney
4  Kenneth Melikian.
5  Dated:   January 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE