McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-04-0189 FCD |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| CARL TYREE JOHNSON, ) | |
| Defendant. ) | |

WHEREAS, on November 1, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Carl Tyree Johnson forfeiting to the United States the following property:

    a.  Approximately $9,329 in U.S. Currency, seized on or about May 7, 2004, from the residence located at 4401 Manchester Avenue, #77, Stockton, California.

AND WHEREAS, on December 6, 13, and 20, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third

1  parties of their right to petition the court within thirty (30) days
2  of the publication date for a hearing to adjudicate the validity of
3  their alleged legal interest in the forfeited property;
4      AND WHEREAS, the United States sent direct written notice to
5  Chabreece Smith;
6      AND WHEREAS, the Court has been advised that no third party has
7  filed a claim to the subject property, and the time for any person
8  or entity to file a claim has expired.
9      Accordingly, it is hereby ORDERED and ADJUDGED:
10      1.  A Final Order of Forfeiture shall be entered forfeiting to
11  the United States of America all right, title, and interest in the
12  above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed
13  of according to law, including all right, title, and interest of
14  Carl Tyree Johnson.
15      2.  All right, title, and interest in the above-described
16  property shall vest solely in the name of the United States of
17  America.
18      3.  The U.S. Marshals Service shall maintain custody of and
19  control over the subject property until it is disposed of according
20  to law.
21      4.  Within forty-five (45) days from entry of this Final Order
22  of Forfeiture forfeiting the above-listed property, the U.S.
23  Marshals Service shall return the approximately $1,255 in U.S.
24  Currency also seized on or about May 7, 2004, plus any interest that
25  has accrued on that amount, to Carl Tyree Johnson through his
26  ///
27  ///
28  ///

attorney Mary French at 801 I Street, 3rd Floor, Sacramento, California 95814.

    SO ORDERED THIS <u>28</u>$^{th}$ day of <u>February</u>, 2007.

                                                             _____
                                                      FRANK C. DAMRELL, JR.
                                                      UNITED STATES DISTRICT JUDGE