DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL TYREE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 04-CR-0189 FCD |
| Plaintiff, | **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| CARL TYREE JOHNSON, | Date: June 2, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. FRANK C. DAMRELL, Jr. |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on April 10, 2008. The motion was set for hearing on June 2, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

On January 16, 2007, this Court sentenced Mr. Johnson to a term of imprisonment of 94 months. The parties agree, and the Court finds, that Mr. Johnson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 33 to 31.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed, which included a 30% reduction from the bottom of the

recommended guideline range, is reduced to 80 months;

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

    Unless otherwise ordered, Mr. Johnson shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:   April 16, 2008

_____
HONORABLE FRANK C. DAMRELL, Jr.
United States District Judge