# UNITED STATES DISTRICT COURT
### for the

EASTERN  District of CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  2:04-CR-0189-01 FCD |
| CARL TYREE JOHNSON | ) | USM No:  15120-097 |
| Date of Previous Judgment:  01/16/2007 | ) | David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❏  the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   94   months **is reduced to**   80   .

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 151 to 168 months | Amended Guideline Range: | 121 to 151 months |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏ Other (explain):

### III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   01/16/2007   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   04/16/2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Honorable FRANK C. DAMRELL JR., Judge
Printed name and title